PW:SLD
F.# 2003R01382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ROBERT LOPEZ,

        Defendant.

U N S E A L I N G
O R D E R

Docket No. 03-1368(S-4) (ARR)

- - - - - - - - - - - - - - -X

    Upon the application of ROSLYNN R. MASUKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney STEVEN L. D'ALESSANDRO, it is hereby,

    ORDERED that the docket in the above-captioned case be unsealed as to the defendant named above.

Dated:    Brooklyn, New York
           August 16, 2005

                                      HONORABLE ALLYNE R. ROSS
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK

PW:SLD
F.# 2003R01382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ROBERT LOPEZ,

          Defendant.

- - - - - - - - - - - - - - -X

U N S E A L I N G
A P P L I C A T I O N

Docket No. 03-1368(S-4) (ARR)

      The UNITED STATES OF AMERICA, by Assistant United States Attorney Steven L. D'Alessandro, herein applies for a written Order memorializing the Court's previous grant of authority to the government to unseal the docket in the above-captioned case as to the defendant ROBERT LOPEZ.

      In support of this Application, the UNITED STATES OF AMERICA represents as follows:

      1.   On January 28, 2005, the defendant ROBERT LOPEZ, along with others individuals, was indicted by a federal grand jury sitting in the Eastern District of New York. At that time, the grand jury issued a warrant for his arrest.

      2.   At the request of the government, on January 28, 2005, the Indictment as to the defendant ROBERT LOPEZ and the warrant for his arrest were placed under seal.

      3.   On February 3, 2005, the defendant ROBERT LOPEZ was arrested by the United States Department of Homeland Security, Immigration and Customs Enforcement. Later that same day, the defendant was presented to the Honorable Allyne R. Ross,

United States District Court Judge, Eastern District of New York, for arraignment on the Indictment.

4. Upon the application of the parties, the Court placed the docket as to the defendant ROBERT LOPEZ under seal.

5. On June 6, 2005, upon the oral application of the government, Judge Ross ordered that the docket as to the defendant ROBERT LOPEZ be unsealed.

6. The government seeks a written order from the Court that memorializes its previous grant of authority to unseal the docket as to the defendant ROBERT LOPEZ so that it may be effected by the Office of the Clerk for the United States District Court, Eastern District of New York.

WHEREFORE, the UNITED STATES OF AMERICA respectfully requests that the Court issue an Order granting this Application.

Dated: Brooklyn, New York
       August 16, 2005

Steven L. D'Alessandro
Assistant U.S. Attorney
Eastern District of New York